```
 1  Becca Wahlquist (State Bar No. 215948)
    KELLEY DRYE & WARREN LLP
 2  350 South Grand Avenue, Suite 3800
 3  Los Angeles, CA 90071
    (213) 547-4900
 4  bwahlquist@kelleydrye.com
 5
    Lauri A. Mazzuchetti (pro hac to be filed)
 6  KELLEY DRYE & WARREN LLP
 7  One Jefferson Road
    Parsippany, NJ 07054
 8  (973) 503-5900
 9  lmazzuchetti@kelleydrye.com
10
    Counsel for Defendant The Hershey Company
11
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 23-cv-0398<br><br>(Assigned to Hon. Lorenz, J.)<br><br>**THE HERSHEY COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:  June 19, 2023<br>Time:  10:30 a.m.<br>Room:  Courtroom 5B<br><br>**NO ORAL ARGUMENT** pursuant to local rules unless requested by the Court |

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that on June 19, 2023 at 10:30 AM, or as soon thereafter as counsel may be heard at the Court's request, specially appearing defendant The Hershey Company ("Hershey") respectfully moves this Court for an order dismissing the Complaint (ECF No. 1) filed by Plaintiff Rebeka Rodriguez ("Plaintiff").  Any oral argument requested by the Court will take place at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Courtroom 5B, Fifth Floor.

The grounds for Hershey's Motion are as follows: the Complaint should be dismissed (1) under Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction because Plaintiff lacks Article III standing; (2) under Federal Rule of Civil Procedure 12(b)(2), for lack of personal jurisdiction over Hershey; and (3) under Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted.  Further, Hershey requests that the Court dismiss Plaintiff's single claim under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, with prejudice.

This Motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the Declaration of Lauri. A. Mazzuchetti and accompanying exhibits, Hershey's Request for Judicial Notice and its exhibits, any Reply memorandum submitted by Hershey, the pleadings and filings in this action, any additional matter of which the Court may take judicial notice, and any further evidence or argument that may be presented before or at the hearing on this motion.

Date:  May 15, 2023                              By: /s/  Becca Wahlquist

Becca Wahlquist (State Bar No. 215948)
KELLEY DRYE & WARREN LLP
350 Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 547-4900
bwahlquist@kelleydrye.com

| | |
|---|---|
| 1 | Lauri A. Mazzuchetti (*pro hac* to be filed) |
| 2 | KELLEY DRYE & WARREN LLP |
|   | One Jefferson Road |
| 3 | Parsippany, NJ 07054 |
|   | (973) 503-5900 |
| 4 | lmazzuchetti@kelleydrye.com |