Becca Wahlquist (State Bar No. 215948)
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 547-4900
bwahlquist@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice pending*)
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, NJ 07054
(973) 503-5900
lmazzuchetti@kelleydrye.com

*Counsel for Defendant The Hershey Company*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00398-L-DEB<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 5)**<br><br>Honorable M. James Lorenz<br>Courtroom 5B<br><br>Action filed:   March 2, 2023<br>Trial date:    None set |

1  Defendant The Hershey Company ("Hershey") respectfully submits this Notice
2  to inform the Court of a recent decision and order in *Carroll, et al. v. General Mills,*
3  *Inc., et al.*, Case No. 3:23-cv-01746-DSF-MRW, before the United States District
4  Court for the Central District of California.

5  On June 26, 2023, the Court in *Carroll* issued its Opinion granting defendant
6  General Mills, Inc.'s motion to dismiss. A true and correct copy of the Order is
7  attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| DATED: June 28, 2023 | /s/ *Becca Wahlquist* |
| | Becca Wahlquist (State Bar No. 215948) |
| | KELLEY DRYE & WARREN LLP |
| | 350 Grand Avenue, Suite 3800 |
| | Los Angeles, CA 90071 |
| | (213) 547-4900 |
| | bwahlquist@kelleydrye.com |
| | |
| | Lauri A. Mazzuchetti (*pro hac vice pending*) |
| | KELLEY DRYE & WARREN LLP |
| | One Jefferson Road |
| | Parsippany, NJ 07054 |
| | (973) 503-5900 |
| | lmazzuchetti@kelleydrye.com |