

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebeka Rodriguez, individually and on behalf of all others similarly situated | Civil Action No.   23cv0398-L-DEB |
| **Plaintiff,** | |
| V. | |
| The Hershey Company, a Delaware corporation; Does 1 through 10, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, Defendant's motion to dismiss is GRANTED without leave to amend. The case is closed.

Date:     10/13/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ C. Lam
C. Lam, Deputy